1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   MELANIE L. PROCTOR, CSBN 228971
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-6730
      FAX: (415) 436-6927
7
   Attorneys for Defendants
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                         SAN JOSE DIVISION

12 SEYED HAMED NEJAD-HOSSEINIAN,      )
                                      ) No. C 07-4554 JW
13                 Plaintiff,         )
                                      )
14         v.                         )
                                      ) **STIPULATION TO DISMISS; AND
15 MICHAEL CHERTOFF, Secretary;       ) [PROPOSED] ORDER**
   EMILIO T. GONZALEZ, Director, CIS; )
16 ROSEMARY MELVILLE, District Director; )
   FRANK SICILIANO, Field Office Director, )
17 Department of Homeland Security;   )
   ROBERT S. MUELLER, Director,       )
18 Federal Bureau of Investigations,  )
                                      )
19                 Defendants.        )
                                      )
20

21     Plaintiff, by and through his attorneys of record, and Defendants, by and through their attorneys

22 of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled

23 action without prejudice in light of the fact that the United States Citizenship and Immigration

24 Services is now prepared to adjudicate Plaintiff's application for naturalization and agrees to do so

25 within 30 days of the dismissal of this action.

26 ///

27 ///

28 ///

Stipulation to Dismiss
C07-4554 JW                                   1

1  Each of the parties shall bear their own costs and fees.

2

3  Date: October 26, 2007                    Respectfully submitted,

4                                             SCOTT N. SCHOOLS
                                              United States Attorney
5

6                                             _____/s/_____
                                              MELANIE L. PROCTOR
7                                             Assistant United States Attorney
                                              Attorneys for Defendants
8

9

10 Date: October 25, 2007                    _____/s/_____
                                              EDWARD R. LITWIN
                                              CHRISTINA H. LEE
11                                            Attorneys for Plaintiff

12
                             **ORDER**
13
       Pursuant to stipulation, IT IS SO ORDERED.   The Clerk shall close the file.
14

15 Date:   October 26, 2007                   _____
                                              JAMES WARE
16                                            United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation to Dismiss
C07-4554 JW                                   2